IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVIS YORK,

    Petitioner,

v.                                        Civ. No. 24-1169 KWR/GBW

BERNALILLO COUNTY ATTORNEY,

    Respondent.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Petitioner's Letter-Pleading regarding his detention at the George Bailey Detention Facility in Santee, California. *Doc. 1*. Petitioner is proceeding *pro se* and was incarcerated when he initiated this proceeding.

It appears Petitioner wishes to challenge the constitutionality of his pretrial detention relating to New Mexico State Case #T4FR-2024-003802. To do so, he may file a habeas corpus petition under 28 U.S.C. § 2241 within thirty (30) days of entry of this Order. By the same deadline, Petitioner must either prepay the $5 habeas filing fee or, alternatively, file a motion to proceed *in forma pauperis*. Any *in forma pauperis* motion must include an inmate account statement. *See* Habeas Corpus Rule 3(a)(2). Because mailings to Plaintiff were also recently returned as undeliverable, Plaintiff must confirm his current address in writing by the same deadline. All filings must include the case number (No. 24-cv-1169 KWR/GBW). The Clerk's Office will mail Petitioner a blank

§ 2241 habeas petition and a blank *in forma pauperis* motion.   The failure to timely comply with each directive above may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Petitioner must: (1) file a § 2241 habeas petition; (2) prepay the $5 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified account statement; and (3) notify the Clerk in writing regarding his current address.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a blank 28 U.S.C. § 2241 habeas petition and a blank motion to proceed *in forma pauperis*.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE